IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

Plaintiff(s)

Case Number: CR-3-11-90 (1)

vs

MOHAMMAD Y QAQA
        Defendant(s)

---

CLERK'S REQUEST TO RELEASE PASSPORT

---

It appearing to the Court that the case against said defendant, MOHAMMAD Y QAQA, has been resolved on 4/6/2012 The Judgment was returned executed and defendant was sentenced to 1 day time served.

The Clerk requests permission to return the passport forfeited to this court.

JAMES BONINI, CLERK

By _____
    Financial Deputy

**IT IS SO ORDERED:**

_____
**TIMOTHY S. BLACK,
UNITED STATES DISTRICT JUDGE**